IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEELKAMAL SOARES, M.D. and SHIBANI KANUNGO, M.D., Plaintiffs | NO. 4:17-CV-01252-JEJ |
| | CIVIL ACTION - LAW |
| vs. | |
| GEISINGER HEALTH SYSTEM FOUNDATION and GEISINGER CLINIC, Defendants | JURY TRIAL DEMANDED |
| | JUDGE JONES |

## ORDER

AND NOW, this 3rd day of August, 2017, Plaintiffs' Motion for Remand to State Court following the filing of an Amended Complaint removing claims asserted under Federal Law, it is GRANTED. The Clerk of Court is directed to transfer this action to the Court of Common Please of Montour County, Pennsylvania, Docket No. 216-2017, where it was originally filed, and to close the file in this matter.

BY THE COURT,

_____ J.

cc: Michael J. Zicolello, Esquire
Anthony F. Andrisano, Jr., Esquire